```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05855
    LIZETTE DELGADO
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7183


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/12/2008 and was not confirmed.

     The case was dismissed without confirmation 06/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------

VAN GOGH SCHOOL            UNSECURED     NOT FILED            .00              .00
DIRECT TV                  UNSECURED     NOT FILED            .00              .00
ASSET ACCEPTANCE LLC       UNSECURED        886.42            .00              .00
APPLIED CARD BANK          UNSECURED     NOT FILED            .00              .00
PROVIDIAN                  UNSECURED     NOT FILED            .00              .00
CAPITAL ONE BANK           UNSECURED     NOT FILED            .00              .00
US CELLULAR                UNSECURED     NOT FILED            .00              .00
COMMONWEALTH EDISON        UNSECURED     NOT FILED            .00              .00
COMCAST                    UNSECURED     NOT FILED            .00              .00
AGRICULTURE                UNSECURED     NOT FILED            .00              .00
PATHOLOGY ASSOCIATES       UNSECURED     NOT FILED            .00              .00
PATHOLOGY ASSOCIATES       UNSECURED     NOT FILED            .00              .00
FIRST PREIMER BANK         UNSECURED     NOT FILED            .00              .00
FIRST PREMIER BANK         UNSECURED     NOT FILED            .00              .00
GEMB/WALMART               UNSECURED     NOT FILED            .00              .00
HSBC CARSON                UNSECURED     NOT FILED            .00              .00
HSBC/RS                    UNSECURED     NOT FILED            .00              .00
THE PET HOSPITAL           UNSECURED     NOT FILED            .00              .00
IQ TELECOM                 UNSECURED     NOT FILED            .00              .00
MIDWEST PHYSICIAN GROUP    UNSECURED     NOT FILED            .00              .00
MIDWEST PHYSICIAN GROUP    UNSECURED     NOT FILED            .00              .00
ISAC                       UNSECURED     NOT FILED            .00              .00
ISAC                       UNSECURED     NOT FILED            .00              .00
ISAC                       UNSECURED     NOT FILED            .00              .00
ISAC                       UNSECURED     NOT FILED            .00              .00
ISAC                       UNSECURED     NOT FILED            .00              .00
LVNV FUNDING LLC           UNSECURED     NOT FILED            .00              .00
EVERGREEN EMERGENCY SERV   UNSECURED     NOT FILED            .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED     NOT FILED            .00              .00
CUB FOODS                  UNSECURED     NOT FILED            .00              .00
SPRINT                     UNSECURED     NOT FILED            .00              .00
DIRECT TV                  UNSECURED     NOT FILED            .00              .00
NICOR GAS                  UNSECURED     NOT FILED            .00              .00
NICOR GAS CO               UNSECURED        377.77            .00              .00
NICOR GAS                  UNSECURED     NOT FILED            .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05855 LIZETTE DELGADO
```

```
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED              .00          .00
VILLAGE OF WORTH          UNSECURED      NOT FILED              .00          .00
VILLAGE OF BRIDGEVIEW     UNSECURED         382.81              .00          .00
SSC                       UNSECURED      NOT FILED              .00          .00
STUDENT LOAN MARKETING A  UNSECURED      NOT FILED              .00          .00
STUDENT LOAN MARKETING A  UNSECURED      NOT FILED              .00          .00
STUDENT LOAN MARKETING A  UNSECURED      NOT FILED              .00          .00
STUDENT LOAN MARKETING A  UNSECURED      NOT FILED              .00          .00
STUDENT LOAN MARKETING A  UNSECURED      NOT FILED              .00          .00
THE BOOK MARKET           UNSECURED      NOT FILED              .00          .00
THE BOOK MARKET           UNSECURED      NOT FILED              .00          .00
UNIVERSAL LENDERS INC     UNSECURED      NOT FILED              .00          .00
SPRINT PCS                UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
CERTEGY                   UNSECURED      NOT FILED              .00          .00
WASHINGTON MUTUAL         CURRENT MORTG        .00              .00          .00
WASHINGTON MUTUAL         MORTGAGE ARRE        .00              .00          .00
COOK COUNTY TREASURER     SECURED          1500.00              .00          .00
LASALLE NATIONAL          NOTICE ONLY    NOT FILED              .00          .00
HEAVNER SCOTT BEYERS & M  NOTICE ONLY    NOT FILED              .00          .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                          200.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 200.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      200.00
                    ---------------       ---------------
TOTALS                  200.00                    200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```